UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOL ZUKERMAN<br><br>and<br><br>CHARLES KRAUSE REPORTING, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendant. | No. 1:15-cv-2131 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, and all materials supporting that motion, and Defendant's opposition to that motion and all materials in support of that opposition, it is hereby:

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED** that USPS shall take reasonable measures to remove political customized postage from circulation.

**ORDERED** that USPS shall see to it that valid U.S. postage issues bearing Plaintiff's proposed "Citizens United" design as originally submitted to Zazzle.

**ORDERED** that USPS shall supervise Zazzle's content review in operating as a vendor of the USPS Customized Postage Program for ___ months to ensure that Zazzle is not engaging in any unconstitutional content or viewpoint discrimination.

**ORDERED** that USPS shall terminate its contract with Zazzle for the operation of the Customized Postage Program if Zazzle again engages in unconstitutional conduct.

**DECLARED** that USPS has, both directly and through its agent Zazzle, unlawfully engaged in both content and viewpoint discrimination in violation of the First and Fifth Amendments to the U.S. Constitution.

**SO ORDERED.**

_____                                          _____
         DATE                                                                    The Honorable Christopher R. Cooper
                                                                                              United States District Judge