**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANATOL ZUKERMAN**,<br><br>and<br><br>**CHARLES KRAUSE REPORTING, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE**,<br><br>Defendant. | Case No. 15-cv-2131 (CRC) |

## ORDER

For the reasons stated in the Court's Memorandum Opinions of September 24, 2021, ECF No. 102, and today's date, ECF No. 106, it is hereby

**ORDERED** that [72] Plaintiffs' Motion for Summary Judgment is **GRANTED**; and that [81] Defendant's Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendant is declared liable to Plaintiffs for viewpoint discrimination in violation of the First Amendment.

This is a final, appealable order.

**SO ORDERED**.


_____
CHRISTOPHER R. COOPER
United States District Judge

Date: November 15, 2021